# EXHIBIT A

# Case Summary

**Case Number:** SOM L-000719-21

**Case Caption:** Hale James Vs Lyons Va Medical Cen Ter

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Somerset | **Case Initiation Date:** 05/21/2021 |
| **Case Type:** Personal Injury | **Case Status:** Active | **Jury Demand:** 6 Jurors |
| **Case Track:** 2 | **Judge:** Thomas C Miller | **Team:** 1 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** |

## Plaintiffs
### James Hale

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** Frederick Richard Dunne |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 008042009 |
| **City:** **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:** CHIP@DUNNECOHEN.COM

## Defendants
### State Of New Jersey

| | | |
|---|---|---|
| **Party Description:** State Of Nj | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

### Lyons Va Medical Center

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** 151 Knollcroft Road | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Lyons **State:** NJ | **Zip:** 07393 | **Phone:** |

**Attorney Email:**

### United States Department Of Ve AKA United States Department Of Veteran Affairs

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

### Abc Corp 1-10

| | | |
|---|---|---|
| **Party Description:** Fictitious | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

### Jane Does 1-10

| | | |
|---|---|---|
| **Party Description:** Fictitious | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

### John Does 1-10

| | | |
|---|---|---|
| **Party Description:** Fictitious | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

**Case Actions**

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 05/21/2021 | Complaint with Jury Demand for SOM-L-000719-21 submitted by DUNNE, FREDERICK RICHARD, DUNNE DUNNE & COHEN LLC on behalf of JAMES HALE against LYONS VA MEDICAL CENTER, STATE OF NEW JERSEY, JOHN DOES 1-10, JANE DOES 1-10, ABC CORP 1-10 | LCV20211265823 | 05/21/2021 |
| 05/22/2021 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20211269905 | 05/22/2021 |
| 06/09/2021 | PROOF OF SERVICE submitted by DUNNE, FREDERICK, RICHARD of DUNNE DUNNE & COHEN LLC on behalf of JAMES HALE against STATE OF NEW JERSEY | LCV20211400489 | 06/09/2021 |
| 06/09/2021 | PROOF OF SERVICE submitted by DUNNE, FREDERICK, RICHARD of DUNNE DUNNE & COHEN LLC on behalf of JAMES HALE against LYONS VA MEDICAL CENTER | LCV20211400518 | 06/09/2021 |
| 06/24/2021 | AMENDED COMPLAINT submitted by DUNNE, FREDERICK, RICHARD of DUNNE DUNNE & COHEN LLC on behalf of JAMES HALE against UNITED STATES DEPARTMENT OF VE | LCV20211515512 | 06/24/2021 |
| 07/01/2021 | PROOF OF SERVICE submitted by DUNNE, FREDERICK, RICHARD of DUNNE DUNNE & COHEN LLC on behalf of JAMES HALE against UNITED STATES DEPARTMENT OF VETERAN AFFAIRS | LCV20211568284 | 07/01/2021 |
| 07/08/2021 | DEFICIENCY NOTICE: re: AMENDED COMPLAINT [LCV20211515512] -Please resubmit the amended complaint as attorney's signature is missing. Thank you. | LCV20211611502 | 07/08/2021 |
| 07/08/2021 | AMENDED COMPLAINT submitted by DUNNE, FREDERICK, RICHARD of DUNNE DUNNE & COHEN LLC on behalf of JAMES HALE against LYONS VA MEDICAL CENTER, UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, ABC CORP 1-10, JANE DOES 1-10, JOHN DOES 1-10 | LCV20211611542 | 07/08/2021 |